IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Relativity Display LLC,<br><br>    Plaintiff<br><br>    v.<br><br>The Home Depot, Inc.,<br><br>    Defendant. | CASE NO.  2:18-cv-00215-JRG |

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) by Defendant The Home Depot, Inc. and Plaintiff Relativity Display LLC. (Dkt. No. 13.) Having considered the Joint Stipulation, it is **ORDERED** that all claims brought by Plaintiff Relativity Display LLC against Defendant The Home Depot, Inc. in this case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiff and Defendant each shall bear their own costs, expenses and attorneys' fees. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**
Sep 11, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE